IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATE OF AMERICA      :
                                  :
                                  :
     v.                       :        Criminal Indictment No.
                                  :         1:12-cr-00231-CAP-LTW
NICHOLAS JACKSON           :
                                  :

## **DEFENDANT NICHOLAS JACKSON**
## **RENEWAL MOTION FOR BOND**

Comes now the Defendant, Nicholas Jackson, by and through his attorney, Jerome J. Froelich, Jr., and renews his motion for bond in the above captioned case for the following reasons:

Several of Mr. Jackson's friends and relatives are willing to pledge their properties, which the tax authorities have assessed at approximately $500,000.00, for the Defendant's bond. These properties are free and clear of any mortgages.

The Court should also consider that Mr. Jackson is a life long resident of the Atlanta area, has no history of flight and has children and a longtime companion, who is the mother of his children, who live in the Atlanta area. Thus, the Defendant has many ties to the community. Further, an ankle bracelet and regular reporting to Pretrial Services would also ensure Mr. Jackson's presence at trial.

## **Conclusion**

For all of the above reasons the Defendant moves this Court to grant his motion for bond.

Respectfully submitted,


_S/ Jerome J. Froelich Jr._
Jerome J. Froelich, Jr.
State Bar No. 278150

McKENNEY & FROELICH
Two Midtown Plaza, Suite 1250
1349 West Peachtree Street
Atlanta, Georgia  30309-2920
(404) 881-1111

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party with a copy of the within and foregoing pleading by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon addressed to:

Libby Skye Davis, Esq.
Assistant United States Attorney
600 United States Courthouse - Richard Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303

Robert H. Citronberg, Esq.
Suite 4100
303 Peachtree Street, NW
Atlanta, Georgia 30303

Cathy Morris Alterman, Esq.
Alterman & Associates, PC
2039 Dayron Court
Marietta, Georgia 30062

L. Burton Finlayson, Esq.
931 Ponce de Leon Avenue, NE
Atlanta, Georgia 30306

William Allman Morrison, Esq.
Jones Morrison & Womack
PO Box 56247
Atlanta, Georgia 30343

Michael Robert Friedman, Esq.
3044 Shallowford Road
Chamblee, Georgia 30341

This 28th day of September , 2012.

                          S/Jerome J. Froelich Jr.
                          JEROME J. FROELICH, JR.
                          Georgia State Bar No.  278150

McKenney & Froelich
Two Midtown Plaza, Suite 1250
1349 West Peachtree Street
Atlanta, Georgia  30309-2920
(404) 881-1111