# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:12-cr-00231-CAP-LTW
### USA v. Maldonado et al
### Honorable Alan J. Baverman

Minute Sheet for proceedings held In Open Court on 10/03/2012.

TIME COURT COMMENCED: 11:40 A.M.
TIME COURT CONCLUDED: 12:54 P.M.       TAPE NUMBER: FTR-Gold
TIME IN COURT: 1:14                     DEPUTY CLERK: Lisa Enix
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [7]Nicholas Jackson Present at proceedings |
| ATTORNEY(S) PRESENT: | Libby Davis representing USA<br>Jerome Froelich representing Nicholas Jackson |
| PROCEEDING CATEGORY: | Motion Hearing(Bail Review-Forfeiture & Nebbia); |
| MOTIONS RULED ON: | DFT#7-[123]Motion for Bond GRANTED |
| MINUTE TEXT: | Witness Emma Jackson, Sworn and Testified. Witness Jesse Jackson, Sworn and Testified. Witness Cynthia Hines, Sworn and Testified. Witness Winoca Cooper, Sworn and Testified. Defendant's Exhibits #1-5 Marked and Admitted. Bond set at $600,000 secured by property and signatures. The bond shall be secured by the properties of Nicholas Jackson's home, Emma & Jesse Jackson's home, Cynthia Hines' home and business, Winoca Cooper's business property and the signatures of Emma Jackson and Winoca Cooper. Electronic monitoring; seek verifiable employment no self-employment; home incarceration; see bond for additional conditions. Bond Not Executed. Defendant to remain in Marshal's Custody. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |